United States District Court of the First Circuit

FILED IN CLERKS OFFICE
2023 JUL -6 AM 9:24
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

2023 JUL 18 AM 10:2[?]
DISTRICT COURT
DISTRICT OF MASS.

Tyrone Hurt
(re: Haines v. Kerner, 1972)
317 Kentucky Ave. S.E.
#2, W.D.C., 20003
301-215-6208

Plaintiff

Civil Action No.

v.

U.S. Constitution, (1658) (1778)
(re: Haines v. Kerner, 1972)

and

The American Heritage College Dictionary

Defendants

v.

The Embassy to China, G.M.
(re: A dictatorial [unclear])

v.

The United States to America, G.M.
(re: Bivens v. Six (6) Unknown Narcotics Agents - (1972))

v.

United States to America

## Complaint

1. Jurisdiction to this Honorable Court is pursuant to Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1975, U.S.C., Title 42, Section 1983, U.S.C.

2. The Amount in controversy exceeds $75,000.00 dollars exclusive to interest and costs.

3. I demand a trial by a Jury on all the issues involved.

4. I am a citizen to the D.C., and to the U.S.A.

## Statement to the Facts to the Case
## Memorandum to Law

1. The Plaintiff respectfully states that to this Honorable Court to: (i) U.S. Constitution, (1608-) (1775-) and to: (ii) Humanitarian Orders and Judicial Orders, inasmuch, as, the late-deceased-President to the United States, Mr. Abraham Lincoln, initiated and instigated, the antebellum, between the North and South, within the United States to America — that, the written pronouncements to the U.S. Constitution, (1608-) (1775-) and of them, within, Presidency, to wit, included, Blacks; people to/or, "negros"; knowingly, that, a person both him in the U.S., through exception. However, he was and it was been considered a dictator - classist, in the present-day, turmoil -

President of the United States, Mr. Donald J. Trump, A, U.S. Constitutional, (1688-) (1775-) violator and A, dictator, and A human rights, violator, in/to, this nation, (USA).

Furthermore, said Plaintiff respectfully states that, said country of China and it's inhabitants, there, are, dictators, in A dictatorial controlled country, controlled by A dictator, so, the country of China, doesn't have, A U.S. Constitution, (1688-) (1775-) so, B,) and (c) that was written and adopted for the American people and for this nation and for this nation, alone, so, therefore, said Plaintiff respectfully requests, that, through said filing-in of this civil action complaint through the First (1st) Amendment Right to the U.S. Constitution, (1688-) (1775-) to the American people or the American public.

Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hart, the Plaintiff, and respectfully moves the Honorable Court, for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following of Reasons:

1. The Plaintiff respectfully states that, because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing

complaint, and that said Plaintiff to be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

## Memorandum to Law

1. see: U.S. Constitution, (1638-) (1775-);
see: The end to ylavery Act to 2021;
see: The United States to America as opposed to the United-States to America;
see: Blacks' Law Dictionary - (2009-);
see: The American Heritage College Dictionary meanings to: negro; etc.

## Relief

1. The Plaintiff seeks his diving of said civil action complaint through the First (1st) Amendment Right to the U.S. Constitution, (1638-) (1775-) to the American public. The Plaintiff seeks one (1) billion dollars in punitive and monetary damages against said Defendants, et. al.

Also grants to The Jury, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff do respectfully

states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing to the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

### Arbitration of Service

I, Tyrone Hurt, the Plaintiff, and respectfully states that I have upon this 27th day of April, '23, have sent the foregoing complaint, to the Atty. Dist., Ct. for the First (1st) Cir., to make service upon the Atts. for the Defendants', et.al.

Respectfully Submitted,

S/ Tyrone Hurt
(Plaintiff, Pro-Se)
(Haines v. Kurner, 1972)